UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAR 1 3 2008
Mar 13, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s) ARNOLD JOYNER )
)
v. )
) Case Number:
Defendant(s) ROGER WALKER, )
DEE BATTAGLIA, TERRY McCANN,
DONALD HULICK, JASON GARNETT,
BRIAN FAIRCHILD

08CV1513
JUDGE CONLON
MAGISTRATE JUDGE BROWN

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, ARNOLD JOYNER, declare that I am the (check appropriate box)
   [✓] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:  NONE

3. In further support of my motion, I declare that (check appropriate box):
   [✓] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   
   [ ] I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [✓] I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.
   
   [ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.
   
   [ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Arnold Joyner
Movant's Signature

P.O. Box 112
Street Address

Joliet, IL, 60434
City/State/Zip

Date: 2-29-2008

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: | ☐ |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: | ☐ |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: | ☐ |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: | ☐ |