# United States District Court
## Northern District of Illinois
### Eastern Division

ARNOLD JOYNER

v.

ROGER WALKER; TERRY
MCCANN; DEE BUTTAGALIA;
DONALD HULZCK; JASON
GARNETT; BRIAN FAIRCHILD

**JUDGMENT IN A CIVIL CASE**

Case Number: 08 C 1513

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the case is dismissed with prejudice.

Michael W. Dobbins, Clerk of Court

Date: 3/27/08

/s/ Willia Harmon, Deputy Clerk